**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02603-SKC-TPO

CAROLYN BALDWIN

      Plaintiff,

v.

CPF-HIGHLANDS RANCH LLC,

      Defendant.

---

**NOTICE OF SETTLEMENT**

---

Defendant CPF-Highland Ranch LLC, by and through its counsel Adam P. O'Brien and Mackenzie M. Novak of Thompson Coe Cousins & Irons, LLP, hereby notifies the Court that the parties have reached a settlement in this case. The parties expect to file a stipulation for dismissal within the next thirty days. Undersigned counsel conferred with Plaintiff's counsel who authorized the filing of this Notice of Settlement.

Respectfully submitted this 15th day of December, 2025.

                    **THOMPSON COE COUSINS & IRONS, LLP**

      By:   *S/ Adam O'Brien*
            Adam P. O'Brien
            Mackenzie M. Novak
            1700 Broadway, Suite 900
            Denver, CO 80290

Telephone: (303) 830-1212
Email: aobrien@thompsoncoe.com
Email: mnovak@thompsoncoe.com

*Attorneys for Defendant, CPF-Highlands
Ranch LLC*

*Original Signatures on File at the Offices of
Thompson Coe Cousins & Irons, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will email a copy to the following:

Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Email: schapiro@schapirolawgroup.com

*Attorneys for Plaintiff*

*S/ Barbara McCall*
 *Barbara McCall,* Legal Assistant

*Original Signature on File at the Offices of
Thompson Coe Cousins & Irons, LLP*

2