IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CAROLYN BALDWIN,                    )
                                    )
              Plaintiff,            )
                                    )        CIVIL ACTION
vs.                                 )
                                    )        Case No. 1:25-CV-02603-SKC
CPF-HIGHLANDS RANCH LLC,            )
                                    )
              Defendant.            )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CAROLYN BALDWIN, and Defendant, CPF-HIGHLANDS RANCH LLC, by

and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with

prejudice. Each party bears their own fees and costs.

Respectfully submitted this 15th day of January 2026.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ _Douglas S. Schapiro_
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/  Mackenzie M. Novak
Mackenzie M. Novak, Esq.
Adam P. O'Brien, Esq.
Thompson Coe Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO  80290
Tel: (303) 830-1212
Email: mnovak@thompsoncoe.com
         aobrien@thompsoncoe.com


Attorney for Defendant


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 15th day of January 2026, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.


/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL